■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANA CAICEDO, Appellant. [724 NYS2d 901] —Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Barros, J.), imposed December 8, 1999, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed (*see, People v Kazepis,*

101 AD2d 816). Bracken, P. J., Altman, McGinity, H. Miller and Adams, JJ., concur.